FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 16-51083 | Trustee Name: | Brent A. Stubbins |
| --- | --- | --- | --- |
| Case Name: | SMITH, MARTINE M | Date Filed (f) or Converted (c): | 02/25/2016 (f) |
| For the Period Ending: | 4/21/2016 | §341(a) Meeting Date: | 04/20/2016 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Dodge Neon 2004 243,766 Location: 506 Franklin Ave Box 43, Conesville OH 43811 | $1,062.00 | $0.00 | | $0.00 | FA |
| 2 | Furniture Location: 506 Franklin Ave Box 43, Conesville OH 43811 | $350.00 | $0.00 | | $0.00 | FA |
| 3 | Appliances Location: 506 Franklin Ave Box 43, Conesville OH 43811 | $125.00 | $0.00 | | $0.00 | FA |
| 4 | Computers Location: 506 Franklin Ave Box 43, Conesville OH 43811 | $325.00 | $0.00 | | $0.00 | FA |
| 5 | Clothing Location: 506 Franklin Ave Box 43, Conesville OH 43811 | $250.00 | $0.00 | | $0.00 | FA |
| 6 | Checking Location: PNC | $225.00 | $0.00 | | $0.00 | FA |
| 7 | Checking Location: Woodforest | $15.00 | $0.00 | | $0.00 | FA |
| 8 | Savings Location: Woodforest | $30.00 | $0.00 | | $0.00 | FA |
| 9 | Pension Basic Retirement Location: TIAA CREF Financial Services (800-842-2776) | $2,379.33 | $0.00 | | $0.00 | FA |
| 10 | Preference (u) | $0.00 | $1,488.51 | | $0.00 | $1,488.51 |
| Asset Notes: | Debtor's wages were garnished by FIA Card Services within the 90 day preference period. | | | | | |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$4,761.33     $1,488.51     $0.00     $1,488.51

**Initial Projected Date Of Final Report (TFR):**   02/25/2017    **Current Projected Date Of Final Report (TFR):**    /s/ BRENT A. STUBBINS

BRENT A. STUBBINS